IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRIAN TETTAMANTI,

      Appellant,

 v.

                                    Case No.  5D22-1391
                                    LT Case Nos. 2022-30671-CICI
                                                    2009-34791-CFAES

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 23, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Brian Tettamanti, Milton, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.



LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.